IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EMILIANO D. SANCHEZ,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CASE NO. 2:08-CV-424
CRIM. NO. 2:03-CR-084(5)
JUDGE SARGUS
MAGISTRATE JUDGE KING

## ORDER

On March 1, 2010, the United States Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's *Motion for Mitigating Factors* be denied and that this action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. The petitioner's *Motion for Mitigating Factors*, Doc. No. 173, is **DENIED** and this action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.

3-19-2010
Date

Edmund A. Sargus, Jr.
United States District Judge